Caleb Kanatzar #67745
_____
Name

HCF Po Box 1568
_____

Hutchinson, Ks. 67504
_____
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Caleb Kanatzar, Et Al., Plaintiff
*(Full Name)*

V.

Jeff Zmuda, Et Al., Defendant (s)

CASE NO. 22-3036-SAC
*(To be supplied by the Clerk)*

Jury Trial Demanded

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Caleb Kanatzar_____, is a citizen of Kansas
   *(Plaintiff)*                                    *(State)*

   who presently resides at Hutchinson Correctional Facility, Po Box
                                            *(Mailing address or place*
   1568, Hutchinson, Ks. 67504_____.
   *of confinement.)*

2) Defendant Jeff Zmuda_____ is a citizen of
             *(Name of first defendant)*

   Hutchinson Kansas_____, and is employed as
              *(City, State)*

   Kansas Secretary Of Corrections_____. At the time the
           *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   He was acting in his official Capacity as the
   Kansas Secretary of Corrections

1

3) Defendant DAN SCHNURR is a citizen of
*(Name of second defendant)*

HUTCHINSON KANSAS , and is employed as
*(City, state)*

WARDEN OF HUTCHINSON CORRECTIONAL FACILITY At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain:

HE WAS ACTING IN HIS OFFICIAL CAPACITY AS

WARDEN OF HUTCHINSON CORRECTIONAL FACILITY

(Use the back of this page to furnish the above information for additional defendants.)

( SEE ADDITIONAL PAGES FOR ADDITIONAL DEFENDANTS )

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

42 U.S.C. 1983

## B.  NATURE OF THE CASE

1)  Briefly state the background of your case:

I HAVE BEEN HELD IN LONG TERM SEGREGATION (LTS) AT

HUTCHINSON CORRECTIONAL FACILITY (HCF) FOR APPROXIMATELY 3 YEARS.

LTS INMATES AT HCF ARE HOUSED IN "A" CELLHOUSE. HALF OF

THE CELLS IN "A" CELLHOUSE ARE FITTED WITH A SOLID SLIDING

DOOR AND I HAVE BEEN IN A CELL WITH A SOLID SLIDING DOOR

(RATHER THAN BARS) FOR MY ENTIRE TIME IN "A" CELLHOUSE.

LTS MEANS THAT I AM CONFINED TO MY CELL 23 HOURS

A DAY (24 HOURS A DAY ON TUESDAY...

( CONTINUED ON ADDITIONAL PAGES )

### C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A) (1) Count I: ALL DEFENDANTS' DELIBERATE INDIFFERENCE TO
PLAINTIFF'S COMPLAINED OF CONTINUED EXPOSURE TO FILTHY
UNFILTERED AIR 23 HOURS A DAY IN A CLOSED CELL, i.e.
(CONTINUED ON ADDITIONAL PAGE)

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

THE "A" CELLHOUSE CELLS WHICH ARE FITTED WITH SOLID SLIDING
DOORS HAVE NO AIR CIRCULATION OTHER THAN THE AIRFLOW FROM THE
WALL VENTS. AT THE TIMES WHEN THE VENTS BLOW AIR INTO
THE CELLS FROM THE FILTHY PIPECHASE THE UNFILTERED
PIPECHASE AIR IS THE ONLY AIR CIRCULATED INTO THE CELLS.

B) (1) THE FILTHY CONDITIONS OF THE PIPECHASE/VENTILAT.
SYSTEM ARE A FACT KNOWN BY ALL "A" CELLHOUSE STAFF
BECAUSE STAFF MEMBERS MUST ENTER THE PIPECHASE TO
(2) MANUALLY FLUSH THE TOILETS OF THE
"MRA" CELLS (PUNISHMENT CELLS) WHO'S WATER IS SHUT OFF. THE
PIPECHASE/VENTILATION SYSTEM IS FILLED WITH STICKY-GLUE
STYLE MOUSE TRAPS AND FEMALE...
(CONTINUED ON ADDITIONAL PAGES)

3

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐  No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than
one lawsuit, describe the additional lawsuits on another piece of paper, using the same
outline.)

    a)  Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b)  Name of court and docket number _____

_____

    c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
pending?) _____

_____

    d)  Issues raised _____

_____



CIVIL RIGHTS COMPLAINT §1983

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

ON 11-8-21 I MAILED AN EMERGENCY GRIEVANCE TO
SECRETARY OF CORRECTIONS ZMUDA INFORMING HIM OF THE
FILTHY VENTILATION SYSTEM AND THE RESPIRATORY PROBLEMS IT
WAS CAUSING ME. WHILE AWAITING SECRETARY ZMUDA'S
(CONTINUED ON ADDITIONAL PAGES)

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

PLAINTIFF CALOB KANATZAR RESPECTFULLY REQUESTS
THIS COURT ENTER JUDGEMENT:
(1) GRANTING PLAINTIFF CALOB KANATZAR A
DECLARATION THAT THE ACTS DESCRIBED
HEREIN VIOLATE HIS RIGHTS UNDER THE

CALOB KANATZAR
_____
Signature of Plaintiff
PRO SE

_____
Signature of Attorney (if any)

_____

_____

_____

(Attorney's full address and telephone number)

XE-2 8/82                 CIVIL RIGHTS COMPLAINT §1983                 5

A.          JURISDICTION (PAGE 2 CONTINUED)

DEFENDANT DARCIE HOLTHAUS IS A CITIZEN OF
HUTCHINSON, KANSAS, AND IS EMPLOYED AS
FACILITY MANAGEMENT OF THE KANSAS DEPT.
OF CORRECTIONS.
     AT THE TIME THE CLAIM ALLEGED IN THIS COMPLAINT
AROSE WAS THIS DEFENDANT ACTING UNDER THE
COLOR OF STATE law? YES, SHE WAS ACTING
IN HER OFFICIAL CAPACITY AS KANSAS DEPT. OF
CORRECTIONS FACILITY MANAGEMENT.

DEFENDANT AGNEW IS A CITIZEN OF
HUTCHINSON, KANSAS, AND IS EMPLOYED AS "A"
CELLHOUSE UNIT TEAM MANAGER AT HUTCHINSON
CORRECTIONAL FACILITY.
     AT THE TIME THE CLAIM ALLEGED IN THIS COMPLAINT
AROSE WAS THIS DEFENDANT ACTING UNDER THE
COLOR OF STATE law? YES, SHE WAS ACTING IN
HER OFFICIAL CAPACITY AS "A" CELLHOUSE UNIT
TEAM MANAGER AT HUTCHINSON CORRECTIONAL FACILITY

DEFENDANT J. JACKSON IS A CITIZEN OF
HUTCHINSON, KANSAS, AND IS EMPLOYED AS UNIT
TEAM MANAGER AT HUTCHINSON CORRECTIONAL FACILITY
     AT THE TIME THE CLAIM ALLEGED IN THIS COMPLAINT
AROSE WAS THIS DEFENDANT ACTING UNDER THE
COLOR OF STATE law? YES, HE WAS ACTING IN

A.                    JURISDICTION  (CONTINUED)  PAGE 2
HIS OFFICIAL CAPACITY AS UNIT TEAM MANAGER AT
HUTCHINSON CORRECTIONAL FACILITY.


DEFENDANT MR. HULLET IS A CITIZEN OF
HUTCHINSON, KANSAS, AND IS EMPLOYED AS
MAINTENANCE SUPERVISOR AT HUTCHINSON
CORRECTIONAL FACILITY.
       AT THE TIME THE CLAIM ALLEGED IN THIS COMPLAINT
AROSE WAS THIS DEFENDANT ACTING UNDER THE
COLOR OF STATE LAW? YES, HE WAS ACTING IN
HIS OFFICIAL CAPACITY AS ~~OF~~ ~~HIS~~ ~~MANAGER~~
MAINTENANCE SUPERVISOR AT HUTCHINSON
CORRECTIONAL FACILITY.


DEFENDANT JOYCE HICKS IS A CITIZEN OF
HUTCHINSON, KANSAS, AND IS EMPLOYED AS INFECTION
CONTROL NURSE AT HUTCHINSON CORRECTIONAL FACILITY.
       AT THE TIME THE CLAIM ALLEGED IN THIS COMPLAINT
AROSE WAS THIS DEFENDANT ACTING UNDER THE
COLOR OF STATE LAW? YES, SHE WAS ACTING IN
HER OFFICIAL CAPACITY AS INFECTION CONTROL NURSE
AT HUTCHINSON CORRECTIONAL FACILITY.


DEFENDANT PETTIJOHN IS A CITIZEN OF
HUTCHINSON, KANSAS, AND IS EMPLOYED AS UNIT
TEAM AT HUTCHINSON CORRECTIONAL FACILITY.
       AT THE TIME THE CLAIM ALLEGED IN THIS

3/3

A.    JURISDICTION (CONTINUED) (PAGE 2)

COMPLAINT AROSE WAS THAT DEFENDANT ACTING UNDER THE COLOR OF STATE LAW? YES, HE WAS ACTING IN HIS OFFICIAL CAPACITY AT UNIT TEAM AT HUTCHINSON CORRECTIONAL FACILITY.


EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS (OR HER) OFFICIAL CAPACITY.

(3)

A.        NAME AND ADDRESS OF EACH DEFENDANT

① SECRETARY OF CORRECTIONS OF KANSAS
JEFF ZMUDA
~~HCF.~~                                714 SW JACKSON, SUITE 300
~~P.O. BOX 1568~~                    TOPEKA, KS. 66603
~~HUTCHINSON, KANSAS 67504~~

② WARDEN OF HUTCHINSON CORRECTIONAL FACILITY
DAN SCHNURR, H.C.F.
P.O. BOX 1568
HUTCHINSON, KS. 67504

③ KDOC FACILITY MANAGEMENT
DARCIE HOLTHAUS
714 S.W. JACKSON, SUITE 300
TOPEKA, KS. 66603

④ HCF UNIT TEAM MANAGER AGNEW
HCF
PO BOX 1568
HUTCHINSON, KS. 67504

⑤ HCF UNIT TEAM MANAGER J. JACKSON
HCF
PO BOX 1568
HUTCHINSON, KS. 67504

④

2/2

A.    NAME AND ADDRESS OF EACH DEFENDANT (continued)

(6)    MAINTENANCE SUPERVISOR AT HUTCHINSON
       CORRECTIONAL FACILITY
            MR. HULLET
            HCF
       PO BOX 1568
       HUTCHINSON, KS. 67504

(7)    INFECTION CONTROL NURSE AT HUTCHINSON
       CORRECTIONAL FACILITY
            JOYCE HICKS
            HCF
       PO. BOX 1568
       HUTCHINSON, KS. 67504

(8)    UNIT TEAM PETTIJOHN
            HCF
       PO BOX 1568
       HUTCHINSON, KS. 67504

(5)

½

B.1. NATURE OF THE CASE — (PAGE 2 CONTINUED)

FRIDAY, AND SUNDAY.) "A" CELLHOUSE DOES NOT HAVE A PROPER HVAC STYLE VENTILATION SYSTEM. RATHER, THERE IS A PIPECHASE BEHIND THE CELLS WHERE THE PLUMBING AND ELECTRICAL WIRING FOR THE CELLS CAN BE ACCESSED. THE VENTS IN THE CELLS OPEN DIRECTLY INTO THE PIPECHASE. AN EXHAUST FAN PULLS AIR INTO THE PIPECHASE FROM THE CELLS THROUGH THE VENTS. AT NIGHT THE AIRFLOW REVERSES AND AIR IS BLOWN INTO THE CELLS FROM THE PIPECHASE.

THE PIPECHASE IS FILLED WITH DUST, MOLD, WATER AND SEWAGE THAT HAS LEAKED FROM THE PLUMBING, MOUSE AND BIRD FECES, AND DEAD MICE AND BIRDS. THERE ARE NO AIR FILTERS BETWEEN THE CELLS AND THE PIPECHASE.

AFTER BEING IN "A" CELLHOUSE I BEGAN TO HAVE RESPIRATORY PROBLEMS THAT HAVE PROGRESSIVELY GOTTEN WORSE. I BEGAN HAVING TROUBLE BREATHING AT THE TIMES WHEN THE FILTHY PIPECHASE AIR WAS BLOWING INTO MY CELL. I HAD NO BREATHING PROBLEMS BEFORE "A" CELLHOUSE.

I SUBMITTED A HEALTH SERVICES REQUEST FORM TO SEEK MEDICAL TREATMENT FOR MY RESPIRATORY PROBLEMS. MEDICAL STAFF ADVISED THAT THEY CANNOT STOP THE UNFILTERED AIR FROM BEING BLOWN INTO MY CELL BUT THEY PROVIDED ME AN ALBUTEROL INHALER TO HELP ME BREATHE. I NOW HAVE ASTHMA ATTACKS.

I THEN FILED EMERGENCY GRIEVANCES WITH THE HCF WARDEN DAN SCHNURR AND THE

2/

B.1.   NATURE OF THE CASE - CONTINUED (PAGE 2)

KANSAS SECRETARY OF CORRECTIONS JEFF ZMUDA AND ASKED THAT THEY FIX THE UNFILTERED FILTHY VENTILATION SYSTEM BECAUSE IT IS CAUSING ME RESPIRATORY PROBLEMS

I ALSO FILED A GRIEVANCE TO PROPERLY START THE ADMINISTRATIVE REMEDY PROCESS. THE GRIEVANCE WAS ANSWERED BY UNIT TEAM PETTIJOHN WHO STATED THAT NO ACTION WAS WARRANTED. I APPEALED THE GRIEVANCE TO WARDEN DAN SCHNURR WHO ALSO REFUSED TO FIX THE FILTHY VENTILATION SYSTEM. I APPEALED WARDEN DAN SCHNURR'S RESPONSE TO THE KANSAS SECRETARY OF CORRECTIONS JEFF ZMUDA WHO ALSO REFUSED TO FIX THE FILTHY VENTILATION SYSTEM.

THE RESPONSES TO THE EMERGENCY GRIEVANCES I SUBMITTED TO WARDEN SCHNURR AND SECRETARY OF CORRECTIONS ZMUDA BOTH STATE THAT MY RESPIRATORY PROBLEMS ARE NOT AN EMERGENCY.

IN ONE RESPONSE FROM WARDEN SCHNURR HE STATES THAT THE VENTILATION IN "A" CELLHOUSE IS NOT FILLED WITH DUST, MOLD, SEWAGE, FECES, OR DEAD MICE AND BIRDS AND "THE WAY THE HVAC SYSTEM WORKS, ONLY FRESH AIR IS CIRCULATED INTO EACH CELL." THERE IS NO PROPER HVAC SYSTEM IN "A" CELLHOUSE AND THE PIPECHASE IS FILTHY.

MY RESPIRATORY PROBLEMS CONTINUE TO GET PROGRESSIVELY WORSE FROM THE FILTHY UNFILTERED AIR THAT BLOWS INTO MY CELL.

1/1

C.                    Cause of Action—Continued
Inadequate and unhealthy ventilation, and the
serious respiratory problems it is causing plaintiff
Caleb Kanatzar is a violation of plaintiff's 8th
amendment protection against cruel and
unjust punishment.
        "The right to adequate and healthy ventilation
was, and has been for sometime, a clearly
established constitutional right at the time of
(plaintiff's) incarceration. For almost two
decades this court, as well as other circuit courts,
have continually espoused a prisoner's right to
adequate ventilation. In addition, the Supreme
Court has also routinely held that such a right is
squarely rooted in 8th amendment principles."
Board v. Farnham, 394 F.3d 469 (2003)
        The complained of inadequate unhealthy
ventilation poses a similar health hazard to
every inmate housed in "A" cellhouse and for
this reason plaintiff Caleb Kanatzar requests
class certification seeking injunctive relief
on behalf of all inmates who are or will
be housed in "A" cellhouse.

1/4

C.        SUPPORTING FACTS (CONTINUED) PAGE 3

CORRECTIONS OFFICERS IN "A" CELLHOUSE OFTEN
COMPLAIN OF THE NOISES MADE BY THE TORTURED
TRAPPED MICE IN THE PIPECHASE/VENTILATION
SYSTEM. THESE MICE (AS WELL AS THE MICE WHO
WEREN'T TRAPPED) ARE OBVIOUSLY POOPING IN
THE PIPECHASE/VENTILATION SYSTEM AND THIS POOP HAS
BLOWN INTO MY CELL UNFILTERED FOR THE PAST 3
YEARS.

        AT NO TIME OVER THE PAST 3 YEARS HAS THE
PIPECHASE/VENTILATION SYSTEM BEEN CLEANED.
EVEN AFTER I COMPLAINED OF THE FILTHY AIR TO
THE WARDEN SCHNURR AND BEGAN TO EXHAUST
ADMINISTRATIVE REMEDIES NO ATTEMPT WAS
MADE BY STAFF TO CLEAN THE PIPECHASE OR
FILTER THE FILTHY AIR IT BLOWS INTO MY CELL.

        THE PLUMBING IN THE "A" CELLHOUSE PIPECHASE/
VENTILATION SYSTEM MALFUNCTIONS ON A REGULAR
BASIS (AT LEAST MONTHLY) AND PLUMBERS ARE
CALLED TO REPAIR IT. HOWEVER, NO ATTEMPT IS
MADE TO CLEAN UP THE SEWAGE AND WATER
LEAKED FROM THE FAULTY PIPES, IT IS LEFT TO
DRY AND IS BLOWN INTO THE CELLS THROUGH THE
VENTS.

        I HAVE MADE EACH DEFENDANT AWARE OF
MY RESPIRATORY PROBLEMS THROUGH THE
ADMINISTRATIVE REMEDY PROCESS AND I HAVE
MADE EACH OF THEM AWARE THAT THE FILTHY
UNFILTERED PIPECHASE AIR CAUSES MY

(8)

C.          SUPPORTING FACTS (PAGE 5 CONTINUED)

RESPIRATORY PROBLEMS TO WORSEN. EVERY SINGLE
DAY I HAVE ASTHMA ATTACKS AND THESE ATTACKS
OCCUR WITHOUT FAIL EVERY TIME THE
PIPECHASE AIR BLOWS INTO MY CELL FROM THE
VENT. BEFORE I MOVED INTO "A" CELLHOUSE I
HAD NO RESPIRATORY PROBLEMS. I NOW
REQUIRE DAILY USE OF AN ALBUTEROL INHALER TO
BREATHE (SEVERAL TIMES A DAY) AND MY
CONDITION CONTINUES TO DECLINE. I LIVE IN
CONSTANT DREAD OF THE TIMES WHEN THE AIR
FLOW REVERSES AND BLOWS INTO MY CELL FROM
THE PIPECHASE BECAUSE I KNOW AN ASTHMA
ATTACK WILL SOON FOLLOW. SOMETIMES I'LL BE
ASLEEP WHEN THE PIPECHASE AIR BEGINS TO BLOW
AND I WILL WAKE UP TRYING TO BREATHE AND
FEEL LIKE I'M DROWNING. EVERYDAY THE
PIPECHASE AIR BLOWS INTO MY CELL THROUGH THE
VENT FOR SEVERAL HOURS BEGINNING AT AROUND
1:00 A.M.

          BECAUSE I AM IN ADMINISTRATIVE SEGREGATION
I AM CONFINED TO MY CELL 23 HOURS A DAY
ON MONDAY, WEDNESDAY, THURSDAY, AND SATURDAY.
I AM CONFINED TO MY CELL 24 HOURS A DAY ON
TUESDAY, FRIDAY, AND SUNDAY. THERE IS NO WAY FOR
ME TO ESCAPE FROM THE FILTHY AIR THAT IS
CAUSING MY RESPIRATORY PROBLEMS.

1/2

I).          ADMINISTRATIVE REMEDIES (CONTINUED) (PAGE 5)

RESPONSE I SUBMITTED A REGULAR GRIEVANCE ON
11-9-21 CONCERNING THE SAME ISSUES.

     WHILE AWAITING RESPONSES TO THESE GRIEVANCES
I SUBMITTED AN EMERGENCY GRIEVANCE TO
WARDEN SCHNURR WITH THE SAME COMPLAINTS

     WHILE AWAITING RESPONSES TO ALL OF THE
ABOVE I SEND A REQUEST TO STAFF FORM TO
INFECTION CONTROL NURSE JOYCE HICKS
CONCERNING THE SAME ISSUES.

     THE EMERGENCY GRIEVANCE TO SECRETARY ZMUDA
WAS ANSWERED BY KDOC FACILITY MANAGEMENT
DARCIE HOLTHAUS AND DETERMINED TO NOT BE
AN EMERGENCY, NO ACTION WAS TAKEN.

     THE REGULAR GRIEVANCE WAS RESPONDED TO BY
UNIT TEAM PETTIJOHN WHO DETERMINED THAT
NO ACTION IS WARRANTED. I APPEAL THIS
RESPONSE TO WARDEN SCHNURR WHO ALSO
DETERMINED THAT NO ACTION WAS WARRANTED.
I APPEALED THIS RESPONSE TO SECRETARY ZMUDA
WHO ALSO DETERMINED THAT NO ACTION WAS
NECESSARY

     THE EMERGENCY GRIEVANCE TO WARDEN
SCHNURR WAS FORWARDED TO "A" CELLHOUSE
UNIT MANAGER AGNEW AND UNIT MANAGER
L. JACKSON WHO BOTH FAILED TO TAKE ANY

4/2

I.)                    ADMINISTRATIVE REMEDIES ( PAGE 5 CONTINUED )
ACTION.


THIS REQUEST TO STAFF FORM TO INFECTION CONTROL
NURSE JOYCE HICKS WAS RESPONDED TO BY
JOYCE HICKS HERSELF WHO ADVISED THAT I SHOULD
BRING THE SITUATION TO THE ATTENTION OF THE
UNIT MANAGER AND FAILED TO TAKE FURTHER
ACTION.


WARDEN SCHNURR GAVE ME A LETTER ADDRESSING
MY EMERGENCY GRIEVANCE TO SECROTARY ZMUDA
IN IT, WARDEN SCHNURR SAYS HE SPOKE WITH
MAINTENANCE SUPERVISOR MR HULLET, WHO
ADVISED THAT THE PIPECHASE / VENTILATION SYSTEM
IS NOT FILLED WITH WHAT I AM CLAIMING, i.e.,
DUST, MOLD, SEWAGE LEAKS, FECES OF ANIMALS,
AND DEAD MICE AND BIRDS. MR HULLET FURTHER
ADVISES THAT "ONLY FRESH AIR IS CIRCULATED INTO
EACH CELL." AND THAT "THE HVAC SYSTEM WORKS."
      MR HULLETS STATEMENTS WERE ALL LIES. BUT
WARDEN SCHNURR AGAIN DETERMINED THAT NO
ACTION WAS WARRANTED.


      I'VE ALSO SUBMITTED HEALTH SERVICES REQUEST
ON 11-6-21, 11-19-21, AND 1-31-22. I HAVE
BEEN DIAGNOSED WITH RESPIRATORY PROBLEM AND
PRESCRIBED AN ALBUTEROL INHALER TO USE
WHEN I HAVE ASTHMA ATTACKS.

(11)

1/2

D.     REQUEST FOR RELIEF - CONTINUED
Constitution and laws of the United States, and

(2) A Preliminary and Permanent Injunction
ordering that "A" Cellhouse at Hutchinson
Correctional Facility Be Closed until it is
Able to Be Brought up to Current H.V.A.C.
(Heating, Venting, and Air Conditioning) Standards
and Can Provide Adequate Healthy Ventilation
for all Inmates Housed Therein.

(3) An Immediate Injunction Ordering that
Plaintiff Caleb Kanatzar Be Moved to a
Cell that is Equipped with Adequate Healthy
Ventilation.

(4) Granting Plaintiff Caleb Kanatzar
Compensatory Damages in the Amount of
$100,000⁰⁰ from Each Defendant in
Their Individual Capacity for Their Role in
Holding Plaintiff in the Complained of Conditions
of Confinement and the Actual Injury to
Plaintiffs Respiratory System Which Resulted
From Prolonged Exposure to Said Conditions As
Well As the Mental and Emotional Injury
Plaintiff Suffered and Still Suffers As He Is
Subjected to Filthy Unfiltered Air Which
Causes Constant Daily Asthma Attacks.

D.   REQUEST FOR RELIEF - CONTINUED

(5) GRANTING PLAINTIFF CALEB KANATZAR
PUNITIVE DAMAGES IN THE AMOUNT OF
$100,000 00 FROM EACH DEFENDANT IN THEIR
INDIVIDUAL CAPACITY TO PUNISH THEM FOR THEIR
DELIBERATE INDIFFERENCE TO THE HAZARDOUS
CONDITIONS THEY FORCED PLAINTIFF TO LIVE IN AND
TO DETER THEM FROM COMMITTING SIMILAR
ACTS OF DELIBERATE INDIFFERENCE IN THE
FUTURE.

(6) PLAINTIFF SEEKS A JURY TRIAL ON ALL
ISSUES TRIABLE BY JURY.

(7) PLAINTIFF CALEB KANATZAR SEEKS RECOVERY
OF HIS COSTS IN THIS SUIT, AND

(8) ANY ADDITIONAL RELIEF THIS COURT DEEMS
JUST, PROPER, AND EQUITABLE

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND
HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN
ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON
INFORMATION AND BELIEF, AND AS TO THOSE, I
BELIEVE THEM TO BE TRUE. I CERTIFY UNDER
PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT.

EXECUTED AT HUTCHINSON CORRECTIONAL FACILITY
ON 3-30-22

Caleb Kanatzar 67745
CALEB KANATZAR