# Grievance-Response on Appeal

**FACILITY:** Hutchinson Correctional Facility

**INMATE:** 0067745 Kanatzar, Caleb A2-219

**GRIEVANCE NO.:** BA00018853

**DATE:** December 21, 2021

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

_____
**Darcie Holthaus CMII**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Warden Schnurr
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

# APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: CALEB KANATZAR  Facility: HCF

Inmate Number: 67745  Grievance Serial No.: BA00018853

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:  Kansas Department of Corrections
714 SW Jackson
Suite 300
Topeka, KS 66603

Date Mailed: 12-10

RECEIVED DEC 20 2021
DOC Facility Management Area

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) THE PRINCIPAL ADMINISTRATOR SHOULD HAVE STOPPED THE UNFILTERED CONTAMINATED AIR FROM BLOWING INTO MY CELL (CONTINUED ON NEXT PAGE)

Signature of Inmate: Caleb Kanatzar

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____  Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code  01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

or moved me to a cell that has a properly filtered ventilation system. The Secretary of Corrections should close A1, A2, and A3 cellhouses in HCF until the ventilation system can be improved to the point that it meets current HVAC standards.

The long-term exposure to the complained of unfiltered air has caused me to have lung damage to the degree that I now require an Albuterol Sulfate inhaler and my condition still continues to deteriorate. I had no respiratory problems before being exposed to the unfiltered contaminated air.



P.O. Box 1568
Hutchinson, KS 67504-1568

**Kansas**
Department of Corrections

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

**DATE:** 11/30/21

**TO:** Kanatzar, Caleb #67745
A2-223

**FROM:** D. Schnurr, Warden

**SUBJECT:** Grievance #BA00018853

**FINDING OF FACTS:** You have submitted a grievance concerning poor standards of ventilation in HCF central unit cells.

**CONCLUSIONS MADE:** I have read UTS Pettijohn's response. Facility Maintenance assured staff that there were no current major maintenance issues that would need to be addressed with plumbing or ventilation in A Cell house at this time.

**ACTION TAKEN:** None warranted. This is my final answer to you on this matter. Any subsequent grievances received from you concerning this subject shall be returned to you with no further response. You may appeal this decision to the Secretary of Corrections in accordance with applicable regulations that may be found in your Inmate Rule Book.

Dan Schnurr
HCF, Warden

DS/AA/eks

c:   file



# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name: Caleb Kanatzar    Number: 67745
Facility: HCF    Housing Unit: A2-207    Work Detail: _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

The moldy, dusty, sewage filled pipechase is being used as a ventilation system and is blowing contaminated unfiltered air into my cell and causing respiratory problems. Please correct this recurring problem before it causes me to develop permanent respiratory issues.

Date this report was given to Unit Team for informal resolution (to be completed by inmate): 11-9-21

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attached

Unit Team Signature: [signature]    Date: 11/22/21

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature: Caleb Kanatzar    Date: 11-23-21

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received: 12-1-21    Date of Final Answer: 12-6-21    Date Returned to Inmate: _____

Inmate's Signature _____ Date _____    Unit Team Signature _____ Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number: BA00018853
Type of Complaint (Item 4: Code 01-75): 0    6
Cause of Complaint (Item 5: Code 01-30): 3    0
Type of Response (Item 6a: Code 01,02,08 or 09): 0    8



P.O. Box 1568
Hutchinson, KS 67504-1568

**Kansas Department of Corrections**

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

DATE: 11/22/2021

TO: KANATZAR, CALEB #67745       A2-207

FROM: UTS Pettijohn

SUBJECT: Grievance

FINDING OF FACT: You submitted a grievance concerning the poor standards of ventilation in HCF central unit cells. Due to this, you are being subjected to harmful conditions and it is causing you respiratory problems.

CONCLUSIONS MADE: Facility Maintenance staff were contacted concerning the ventilation of the central unit cells. The department assured that there are no current major maintenance issues that need to be addressed with any plumbing or ventilation, specifically in A cellhouse, at this time.

The facility undergoes audits to ensure that we fall into guidelines of constitutional living conditions. Also, each cellhouse is inspected by the facility Fire and Safety officer to insure that living conditions in each cellhouse are appropriate. If an issue arises, we have a work order system in place to have facility maintenance staff fix the problem.

ACTION TAKEN: No further action warranted. If you are not satisfied with this response, you may forward this grievance to the Warden's office within 3 calendar days.



# Health Services Request Form

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): CALEB KANATZAR
Date of Request: 11-6-21
ID #: 67745        Date of Birth (Fecha de nacimiento): 6-23-80
Housing Location (Ubicación de la vivienda): A2-207
Nature of problem or request (Naturaleza del problema o solicitud): The moldy, dusty, sewage filled pipechase is blowing air into my cell and causing me respiratory problems. I need this fixed before I develop permanent respiratory issues from the contaminated unfiltered air. THANK YOU.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_CALEB KANATZAR_
Patient Signature (Paciente Firma)

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: MD       ☒ Routine   ☐ Urgent   ☐ Emergent
Date: _____  Time: _____
Date of Face-to-Face Visit: _____
Other: _____
Response Recommendation (to be completed by Medical Staff only)
Initial          ☒ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment      ☒ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge       ☐ $2.00
Comments: #198  98²  73  90

Staff Signature _____        Date 11/8/21

Few weeks

Centurion: REC-013KS
07/01/2020


centurion

# Health Services Request Form

| For Medical Use Only / Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | 04w |

Print Name (Imprimir nombre): Caleb Kanatzar
Date of Request: 11-19-21
ID #: 67745
Date of Birth (Fecha de nacimiento): 6-13-80
Housing Location (Ubicación de la vivienda): A2-707
Nature of problem or request (Naturaleza del problema o solicitud): The moldy, dusty, sewage exposed, unfiltered air blowing into my cell through the back wall vent is causing me to have breathing problems. I feel like I can't catch my breath.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma): Caleb Kanatzar

**Place the slip in medical request box or designated area.**
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____    ☐ Routine    ☐ Urgent    ☐ Emergent
Date: _____   Time: 04w
Date of Face-to-Face Visit: _____
Other: _____

Response Recommendation (to be completed by Medical Staff only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge: ☐ $2.00
Comments: 99.0  98  75  1.6

Staff Signature: _____   Date: 11-20-21



Centurion: REC-013KS
07/01/2020

# Health Services Request Form

| For Medical Use Only / Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | 0411 |

Print Name (Imprimir nombre): CALEB KANATZAR
Date of Request: 1-31-22
ID #: 67745      Date of Birth (Fecha de nacimiento): 6-13-80
Housing Location (Ubicación de la vivienda): A2-219
Nature of problem or request (Naturaleza del problema o solicitud): I AM STILL HAVING TROUBLE BREATHING, ESPECIALLY AT NIGHT WHEN THE VENT BLOWS AIR INTO MY CELL. I ALSO NEED A REFILL FOR MY INHALER. THANK YOU.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma): CALEB KANATZAR

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____  ☑ Routine   ☐ Urgent   ☐ Emergent
Date: _____   Time: 0410
Date of Face-to-Face Visit: _____
Other: _____

Response Recommendation (to be completed by Medical Staff only)
Initial: ☑ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Appointment: ☑ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Fee Charge: ☐ $2.00
Comments: 150 F    98    2/1/2

Staff Signature: _____    Date: 2/1/2

Centurion: REC-013KS
07/01/2020

centurion

# MEMO



Department of Corrections
*Hutchinson Correctional Facility*

**DATE:** November 23, 2021
**TO:** KANATZAR, Caleb # 67745 (A2-207) A2-~~207~~ 223
**FROM:** J. Jackson, UTM-SU
**CC:** Agnew, UTM-A
**RE:** Grievance

---

Your grievance submitted on 11-21-2021 regarding the air vent in your current cell location and the breathing problems you are experiencing as a result of the conditions you describe in your complaint was reviewed and determined not to be an emergency situation, in accordance with KAR # 44-15-106. It has therefore been forwarded to the Unit Team Manager or his/her designee for proper investigation and response.

*J. Jackson, UTM.*
Jackson, HCF UTM

EMERGENCY to WARDEN

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name: Caleb Kanatzar    Number: 67745
Facility: HCF    Housing Unit: A2-207    Work Detail: ___

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

The vent in my cell is blowing dusty, moldy, sewage exposed unfiltered air from the pipechase into my cell and it is causing me to have breathing problems. I have filed form 9s to Pettijohn, grievances to Agnew, and sick calls to medical and nothing has been done. Please correct this before I develop permanent respiratory problems.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 11-21-21

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Unit Team Signature ___    Date ___

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

___ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ___

Inmate Signature ___    Date ___

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received ___    Date of Final Answer ___    Date Returned to Inmate ___

Inmate's Signature ___ Date ___ Unit Team Signature ___ Date ___
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number ___

Type of Complaint (Item 4: Code 01-75) ___

Cause of Complaint (Item 5: Code 01-30) ___

Type of Response (Item 6a: Code 01,02,08 or 09) ___



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

November 23, 2021

TO:   0067745 KANATZAR, Caleb   A2-219

   Hutchinson Correctional Facility

RE:   Emergency Grievance

We received your inmate grievance report form with written arguments. You directed this grievance to the Secretary as an emergency grievance pursuant to KAR 44-15-106. It is the conclusion of this office that the matters raised in your grievance form do not constitute an emergency. Disposition of your grievance according to the regular time limits and procedures will not subject you to a substantial risk of personal injury or cause you other serious and irreparable harm. Thus, we have concluded that you should not be permitted to bypass efforts to resolve this grievance at the facility level. Facility Maintenance is aware of the complaint and looking into any necessary remedies or mitigation, if necessary.

Your grievance is being forwarded to the Warden of the facility where you are now housed for review and response in accordance with KAR's 44-15-106, 44-15-101(d)(1) and 44-15-102(b). We have asked that the facility process your grievance as a regular grievance.

If you have questions or require assistance about the status of your grievance, please contact your unit team. Otherwise, you can expect to hear from the Warden in reply to your grievance in the near future.

Sincerely,

Darcie Holthaus CMII
Facility Management


cc:   Warden Schnurr
      w/attachments
Image: SOCRESP
      w/attachments

EMERGENCY

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: **Caleb Kanatzar**   Facility: **HCF**

Inmate Number: **67745**   Grievance Serial No.: **EMERGENCY**

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections   Date Mailed: **11-8-21**
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) **THE A1-A2 CellHouse's PipeChase is filled with Mold, Dust, and Toilet Water (Continued on Next Page)**

Signature of Inmate: **Caleb Kanatzar 67745**

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**
Type of Response (Item 6b: Code   01, 02, 08 or 09) ____

DC 090, Effective May 21, 2014

1

AND THE AIR FROM THIS CONTAMINATED PIPECHASE IS BEING BLOWN INTO THE A1-A2 CELLS THROUGH THE VENTS UNFILTERED.

I AM HAVING RESPIRATORY PROBLEMS FROM BEING FORCED TO BREATHE THIS CONTAMINATED AIR IN THE CONFINES OF MY CELL.

I AM IN INVOLUNTARY ADMINISTRATIVE SEGREGATION AND RECIEVE YARD/SHOWER ONLY 4 DAYS A WEEK (1 HOUR YARD, 5 MINUTE SHOWER.) THIS IS THE ONLY TIME I AM OUT OF MY CELL.

MY CELL (AND ALL OF THE CELLS ON THE TOP TIER OF A1-A2 CELLHOUSE) HAS BEEN FITTED WITH A SOLID DOOR RATHER THAN BARS, A SOLID DOOR WHICH FURTHER RESTRICTS AIRFLOW.

PLEASE CORRECT THIS BEFORE I DEVELOPE PERMANENT RESPIRATORY PROBLEMS FROM BREATHING MOLD, DUST, AND SEWAGE.

I'M SURE THIS PIPECHASE VENTILATION SYSTEM DOES NOT MEET HVAC REGULATIONS.

THANK YOU.



P.O. Box 1568
Hutchinson, KS 67504-1568

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

**DATE:** 1/27/22

**TO:** Kanatzar, Caleb #67745
A2-219

**FROM:** D. Schnurr, Warden

**SUBJECT:** Grievance

You submitted a grievance appeal to Central Office claiming that your situation is an emergency. This grievance is regarding the ventilation and air flow in A Cellhouse. You state this is unhealthy and filled with mold, dust and toilet water and is adversely affecting your health. The grievance appeal was sent back to HCF after Central Office determined that it was not an emergency and that you did not follow the grievance procedure.

I spoke with Mr. Hullet, who is a maintenance supervisor for HCF. He assured me that the ventilation in A Cellhouse is functioning properly and is not filled with what you are claiming. The way the HVAC system works, only fresh air is circulated into each cell. The pressure is controlled by the building control system, which is continually monitored. If the system has any problems, alarms are triggered, and staff are notified. No problems have been noted.

If you feel you are having health problems, I encourage you to send in a sick call slip to the clinical department so they can address your concerns.

Dan Schnurr
HCF, Warden

DS/AA/eks

c:    HCF file
      file

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

KPNATZER
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

67745
Number

**OFFENDER REQUEST TO STAFF MEMBER**

To: INFECTION CONTROL NURSE JOYCE HICKS   Date: 11-24-21
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

THE VENTS IN MY CELL ARE BLOWING DUSTY, MOLDY, SEWAGE EXPOSED AIR INTO MY CELL FROM THE PIPECHASE UNFILTERED, AND IT IS CAUSING ME TO HAVE RESPIRATORY PROBLEMS. THE VENTS CONNECT DIRECTLY TO THE PIPECHASE WHICH IS FILLED WITH DUST, MOLD, SEWAGE, FECES FROM MICE AND BIRDS, AND DEAD MICE. PLEASE FIX THIS BEFORE MY RESPIRATORY PROBLEMS BECOME PERMANENT.

Work Assignment: _____   Living Unit Assignment: A2-227
Comment: THANK YOU   Detail or C.H. Officer: _____

Disposition:

To: _____   (Name & Number)   Date: _____

Disposition: You need to bring attention of this to your unit team so a maintenance order is placed

Employee's Signature

P-0009

To be returned to offender.