Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CALEB KANATZAR #67745 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-3036-SAC |
| | ) | |
| JEFF ZMUDA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MOTION FOR EXTENSION OF TIME
(Pursuant to Fed.R.Civ.P. 6(b) and D.Kan. Rule 114)

COMES NOW Jon Graves, Legal Counsel, Department of Corrections, and

respectfully moves the Court for an extension of time in which to prepare the Martinez

Report.  Counsel's appearance in this action is solely for the limited purpose of seeking an

extension of time in which to prepare the Martinez v. Aaron investigative report ordered by

this Court.  In support of this motion, counsel would show the Court as follows:

1.      Pursuant to order of this Court dated  April 21, 2022, a Martinez Report is

to be prepared by the Department of Corrections.

2.      That this is counsel's first request for an extension in this matter.

3.      An extension of an additional 30 days to complete the <u>Martinez</u> Report is needed.

4.      This Martinez report involves a complaint from plaintiff that he developed respiratory problems due to the old ventilation system in that segregation cellhouse and as a result of poor sanitization and cleanliness in areas involved in the ventilation process. Plaintiff alleges he was housed in this cellhouse for 3 ½ years. Counsel has identified eleven persons  counsel believes will need to provide affidavits and is working on obtaining those. Counsel is working on obtaining photos of the locations plaintiff has generally identified,  as well as seeking drawings and other information regarding how the ventilation of this very old prison works in an attempt to address plaintiff's allegations.  Some documentation has been identified and located, but more is sought.  Counsel is working to obtain the necessary medical records and opinion, but has not done so yet.  Due to family issues counsel has been working out of the office much of the time since spring and this is causing the process of preparing this report to take more time than it might otherwise require.

5.      Counsel sent plaintiff <u>pro se </u> notice by mail that counsel will seek this extension, but also directly consulted with plaintiff <u>pro se</u> by telephone at his new housing location at the El Dorado Correctional Facility before filing this motion.  Plaintiff did not oppose the extension request.

6.      A proposed order granting counsel an extension of time accompanies this motion.

WHEREFORE, counsel respectfully moves the Court for an order enlarging the amount of time in which to prepare the <u>Martinez</u> Report by thirty (30) days, being on or before July 20, 2022.

Respectfully submitted,

Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 625-7253
Jon.Graves@ks.gov
**Attorney for Interested Party**

/s/ Jon D. Graves
Jon D. Graves

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Caleb Kantzar#33728
P.O. Box 311
El Dorado Correctional Facility
El Dorado, Kansas 67042

**PLAINTIFF PRO SE**

/s/ Jon D. Graves_____
Jon D. Graves