Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CALEB KANATZAR #67745        )<br>                              )<br>          Plaintiff,         )<br>                              )<br>v.                            )<br>                              )<br>JEFF ZMUDA, *et al.*,         )<br>                              )<br>          Defendants.        )<br>_____) | Case No. 22-3036-SAC |

### MOTION FOR EXTENSION OF TIME
(Pursuant to Fed.R.Civ.P. 6(b) and D.Kan. Rule 114)

COMES NOW Jon Graves, Legal Counsel, Department of Corrections, and respectfully moves the Court for an extension of time in which to prepare the Martinez Report. Counsel's appearance in this action is solely for the limited purpose of seeking an extension of time in which to prepare the Martinez v. Aaron investigative report ordered by this Court. In support of this motion, counsel would show the Court as follows:

1. Pursuant to order of this Court dated April 21, 2022, a Martinez Report is to be prepared by the Department of Corrections.

2. That this is counsel's second request for an extension in this matter.

   3. An extension of an additional 30 days to complete the <u>Martinez</u> Report is needed.

   4. Counsel outlined the direction he was taking with the report in the first request for extension and will not repeat that.  Counsel has now sought updated medical records to check plaintiff's current medical state and will seek an affidavit from the healthcare provider regarding petitioner's medical situation, but has not received everything yet nor has he yet received an affidavit from defendant Hicks, who is represented by the healthcare provider's attorney.  Summer vacations and retirement have slowed the process of obtaining other affidavits.  Counsel has been working outside the office most of the time while caring for a family member, which continues to slow the writing process. Counsel needs to be onsite to talk with affiants at the subject locations and to document the physical elements mentioned in the petition so as to provide the Court with the best possible information.  Counsel will schedule time at the facility to complete the onsite inspection as soon as possible.

   5. Counsel sent plaintiff <u>pro se</u> notice by mail that counsel will seek this second extension, but did not directly consult with plaintiff <u>pro se</u> by telephone at his new housing location at the El Dorado Correctional Facility before filing this motion.

   6. A proposed order granting counsel an extension of time accompanies this motion.

   WHEREFORE, counsel respectfully moves the Court for an order enlarging the amount of time in which to prepare the <u>Martinez</u> Report by thirty (30) days, being on or before August 19, 2022.

        Respectfully submitted,

        Jon D. Graves, Legal Counsel, SC #10554
        Hutchinson Correctional Facility
        P.O. Box 1568
        Hutchinson, KS 67504-1568
        (620) 625-7253
        Jon.Graves@ks.gov
        **Attorney for Interested Party**

        /s/ Jon D. Graves
        Jon D. Graves

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Caleb Kantzar#33728
    P.O. Box 311
    El Dorado Correctional Facility
    El Dorado, Kansas 67042

        **PLAINTIFF PRO SE**

        /s/ Jon D. Graves_____
        Jon D. Graves