

Inlet airflow shown by blue arrow

Exhaust airflow shown by red arrow

The air is drawn through the cell doors and pulled through two openings into the center way. Fans at the top of the center way pull the air into the attic. The open vent capes in the roof exhaust the air.

