Case 5:22-cv-03036-SAC   Document 20-21   Filed 08/17/22   Page 1 of 1



EXHIBIT 21