

EXHIBIT 22