

EXHIBIT 23