

**EXHIBIT 24**