

EXHIBIT 25