

**EXHIBIT 27**