

EXHIBIT 28