

EXHIBIT 29