

EXHIBIT 30