

EXHIBIT 31