

EXHIBIT 32