

**EXHIBIT** 33