IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CALEB KANATZAR,**

                          **Plaintiff,**

           v.                                      **CASE NO. 22-3036-SAC**

**JEFF ZMUDA, et al.,**

                          **Defendants.**

**O R D E R**

Plaintiff brings this *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's claims arose during his incarceration at the Hutchinson Correctional Facility in Hutchinson, Kansas ("HCF"). The Court granted Plaintiff leave to proceed *in forma pauperis*. On April 21, 2022, the Court entered a Memorandum and Order (Doc. 11) directing officials responsible for the operation of HCF to prepare a *Martinez* Report. The Report has now been filed. (Doc. 20.) This matter is before the Court on the Motion to File Under Seal and Conventionally Exhibits to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 19).

Interested Party KDOC seeks to file Exhibit 334 to the Report conventionally and under seal. Exhibit 34 consists of the Plaintiff's medical records and contains approximately 110 megabytes of data. The records contain personal identifying information of Plaintiff. Counsel for KDOC states that physical copies of the medical records are being provided to Plaintiff. The Court will grant the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion to File Under Seal and Conventionally Exhibits to Investigative Report Prepared Pursuant to "Martinez v. Aaron"

1

(Doc. 19) is **granted.**  Exhibit 34 to the *Martinez* Report shall be filed conventionally and under seal.

      **IT IS SO ORDERED**.

      **Dated August 18, 2022, in Topeka, Kansas.**

                                    **S/ Sam A. Crow**
                                    **SAM A. CROW**
                                    **SENIOR U. S. DISTRICT JUDGE**