In the United States District Court For the District of Kansas

Caleb Kanatzar
Plaintiff
v.                                              Case No: 22-3036-SAC
Jeff Zmuda, et Al.,
Defendants

## Motion to Proceed In Forma Pauperis

Comes Now, Plaintiff Caleb Kanatzar, Pro Se, and Respectfully Requests That He Be Allowed to Initiate The Appeal of The Court's Rulings in The Above Captioned Case Without Prepayment of Filing Fees. Plaintiff is Indigent, already in Debt, and Unable to Pay the $505.00 Filing Fee to Docket the Appeal.

Respectfully Submitted 11-1-22.

Caleb Kanatzar 67745
EDCF
PO Box 311
El Dorado, Ks. 67042