IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CALEB KANATZAR,**

                **Plaintiff,**

       v.                                        **CASE NO. 22-3036-SAC**

**JEFF ZMUDA, et al.,**

                **Defendants.**

**O R D E R**

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983.  Plaintiff was granted leave to proceed in forma pauperis in this case on March 16, 2022.  On October 3, 2022, the Court entered a Memorandum and Order (Doc. 25) dismissing this case.  On October 11, 2022, Plaintiff filed a Notice of Appeal (Doc. 27).  This matter is before the Court on Plaintiff's motion for leave to appeal in forma pauperis (Doc. 30).

Section 1915 requires an affidavit of financial status and a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the notice of appeal.  28 U.S.C. § 1915(a)(1) and (2).  Plaintiff's motion for leave to appeal in forma pauperis fails to provide an affidavit or trust fund account statement as required by statute.  The Court denies the motion without prejudice to Plaintiff filing a proper motion that is supported by the financial information required by statute.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to appeal in forma pauperis (Doc. 30) is **denied without prejudice.**

**IT IS SO ORDERED.**

**Dated November 4, 2022, at Kansas City, Kansas.**

                                              **S/ John W. Lungstrum**
                                              **JOHN W. LUNGSTRUM**
                                              **UNITED STATES DISTRICT JUDGE**