In the United States District Court For the District of Kansas

Caleb Kanatzar
Plaintiff
　v.　　　　　　　　　　　　　Case No. 22-3036-SAC
Jeff Zmuda, et Al.,
Defendants

Motion to Proceed in Forma Pauperis

Comes Now, Plaintiff Caleb Kanatzar, Pro Se, and respectfully requests that he be allowed to proceed with his appeal of the Courts rulings in the above captioned case in Forma Pauperis.

Plaintiff has submitted several requests to Prison Authorities here requesting a copy of his 6 months banking statement. Prison Authorities have not yet provided the banking statement to plaintiff but as soon as plaintiff receives it he will provide it to the Court. Plaintiff is indigent.

In the meantime Plaintiff requests to proceed in Forma Pauperis or in the Alternative requests an extension of time to provide the banking statement.

Respectfully Submitted 11-13-22

Caleb Kanatzar 67745
EDCF
PO Box 311
El Dorado, Ks. 67042