IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CALEB KANATZAR,

                **Plaintiff,**

     v.                                                    CASE NO. 22-3036-JWL

JEFF ZMUDA, et al.,

                **Defendants.**

**O R D E R**

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983. Plaintiff was granted leave to proceed in forma pauperis in this case on March 16, 2022. On October 3, 2022, the Court entered a Memorandum and Order (Doc. 25) dismissing this case. On October 11, 2022, Plaintiff filed a Notice of Appeal (Doc. 27). Plaintiff filed a motion for leave to appeal in forma pauperis (Doc. 30) on November 3, 2022. The Court denied the motion without prejudice because Plaintiff did not provide supporting financial information. This matter is before the Court on Plaintiff's second motion for leave to appeal in forma pauperis (Doc. 35).

Plaintiff states that he has submitted several requests to prison authorities for a copy of his prison banking statement covering the last six months, but they have not yet provided him with the statement. He declares that he is indigent and asks that he be allowed to proceed in forma pauperis. Plaintiff asserts that he will provide the statement to the Court as soon as he receives it.

**IT IS THEREFORE ORDERED** that Plaintiff's second motion for leave to appeal in forma pauperis (Doc. 35) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff shall file a copy of his prison bank account statement for the 6-month period immediately preceding the filing of his notice of appeal upon his receipt of the statement from prison authorities.

**IT IS SO ORDERED.**

**Dated November 18, 2022, at Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
