IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CALEB KANATZAR,

    Plaintiff/Appellant,

vs.

JEFF ZMUDA, et al.,

    Defendants/Appellees.

Case No. 20-3036-JWL
Appeal No. 22-3198

## RECEIPT

Received from SKYLER B. O'HARA, CLERK, and filed upon receipt, Volume 2 to the Record on Appeal of the U.S. District Court for the District of Kansas in the above-referenced case, consisting of **SEALED EXHIBIT 34 TO MARTINEZ REPORT** directed to the Clerk, U.S. Court of Appeals for the Tenth Circuit.

Dated: _____       CHRISTOPHER M. WOLPERT, CLERK

By _____
                   Deputy Clerk

Please sign, date and return to:

Skyler B. O'Hara, Clerk
U.S. District Court for
the District of Kansas
490 U.S. Courthouse
444 S.E. Quincy
Topeka, KS 66683

